UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                      Chapter 13

    Thomas Lynch

                                         Case No. 09-23353 (rdd)


                            Debtor(s).
------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

TD Bank Commerce Bank Represented by Phillips Lytle, LLP Loan No. 400007674


## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.


Sign: /s/Thomas Lynch                      Date: November 13, 2009

Print Name:              Thomas Lynch

Telephone Number:     845-425-2510

E-mail address (if any):   bleichmanklein@yahoo.com

## CERTIFICATE OF SERVICE

STATE OF NEW YORK
COUNTY OF ROCKLAND

    I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Notice of Loss Mitigation on November 13, 2009, by depositing a true copy thereof by ECF or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

Phillips Lytle, LLP
Todd Ritschdorff
Omni Plaza
30 South Pearl Street
Albany, NY 12207

Jeffrey L. Sapir-13 by ECF
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee by ECF
33 Whitehall Street
21st Floor
New York, NY 10004

                                                        /s/    Joshua N. Bleichman
                                                             Joshua N. Bleichman
                                                             268 Route 59 West
                                                             Spring Valley, NY 10977
                                                                    845-425-2510